IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BROOKLYN SPECIALTY INSURANCE COMPANY RISK RETENTION GROUP, INC., | * |
| | * |
| Plaintiff, | Case No. 3:22-cv-6 (CAR) |
| v. | * |
| BISON ADVISORS, LLC, | * |
| Defendant. | * |

## __J U D G M E N T__

Pursuant to this Court's Order dated September 14, 2023 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff. Plaintiff shall also recover costs of this action.

This 14th day of September, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk